Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of FLorida

Civil Division

RICHARD JUSTIN RIVERA

_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

ROSEMARY JONES - CHAMBLISS
GARY R. Silverman, MD,
PRIMARY CARE OF THE TREASURE COAST, Inc.
and Cleveland Clinic Indian River Hospital
_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 2:21-cv-14302-DPG

*(to be filled in by the Clerk's Office)*

FILED BY _PG_ D.C.

MAY 13 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RICHARD JUSTIN RIVERA |
| All other names by which you have been known: | |
| ID Number | 17-3233 |
| Current Institution | Indian River County Jail |
| Address | 4055 41st Ave. |
| | Vero Beach    FL.    32960 |
| | *City*    *State*    *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | ROSEMARY JONES-CHAMBLISS |
| Job or Title *(if known)* | HEAD Supervising Nurse |
| Shield Number | |
| Employer | Cleveland Clinic Indian River Hospital |
| Address | |
| | Vero Beach    FL.    32960 |
| | *City*    *State*    *Zip Code* |

☒ Individual capacity   ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | GARY R. SILVERMAN |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Cleveland Clinic Indian River Hospital |
| Address | |
| | Vero Beach    FL.    32960 |
| | *City*    *State*    *Zip Code* |

☒ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name     *Primary Care of the Treasure Coast, Inc.*

Job or Title *(if known)*

Shield Number

Employer

Address     *1265 36th St.*
        *Vero Beach*    *FL.*    *32960*
            City       State      Zip Code

      ☒ Individual capacity    ☐ Official capacity

**Defendant No. 4**

Name     *Indian River Memorial Hospital, Inc.*
    *D/B/A*    *Cleveland Clinic Indian River Hospital*

Job or Title *(if known)*

Shield Number

Employer

Address     *1000 36th St.*
        *Vero Beach*    *FL.*    *32960*
            City       State      Zip Code

      ☒ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *Fourteenth Amendment, Eighth Amendment - Due Process Clause*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed. The Indian River County Sheriff's Office is constituted under the Executive Branch of the State of Florida by statue. Defendant's upon "closing" of "contract" and "agreement" and actions within course of employement were employees by the agents of said institution. The plaintiff claims statutory and constitutional violations were under taken by defendants while in the employ of this state constituted agency to conduct and perform obligations with specific directives of policiy and procedures. That defendants are at fault in agreed contract obligations.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X]   Pretrial detainee

[ ]   Civilly committed detainee

[ ]   Immigration detainee

[ ]   Convicted and sentenced state prisoner

[ ]   Convicted and sentenced federal prisoner

[ ]   Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Indian River County Jail, Vero Beach Florida From the year October 2019 thru May 2021

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Between October 2019, and May 2021

D.   What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

SEE Attached Complaint

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE Attached Complaint

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

SEE Attached Complaint

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Indian River County Jail, Vero Beach, Florida

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Defendant's each deprived plaintiff of ad    medical care through their personal involvement in ignored request and grievances for medical care of a serious medical condition. That was a failure to perform legally required duties, while being detained as a pre-trial inmate in the Indian River County Jail.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Indian River County Jail, Vero Beach, Florida Grievance procedures and a complaint with Internal Affairs Branch Indian River County Sheriff's Office

2.  What did you claim in your grievance? Multiple grievances - claiming I had a serious medical need detailing pain with constant discomfort, chronic diarreah that lasted months and hemorrhagic bleeding that was proof that there was an injury manifesting. For which grievances consistently asked for relief and treatment to remedy the serious medical conditions plaintiff was suffering from.

3.  What was the result, if any? After significant and injurious delay. I was allowed to see a gastroenterologist specialist Dr. Alec Lui. That after a colonoscopy the plaintiff was diagnosed with an inflammed rectum area. And Irritable Bowel Disease ulcerative proctitis. That the inflammation can only be put in remmession with medication and a change of diet.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievance process seems to be completed at this time.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*As well as utilizing the institutions grievance procedure plaintiff filed complaints with the institutions Internal Affairs Division. (complaint #2020IA-002)*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   ☐ Yes

   ☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  _____
    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition  _____

7.  What was the result of the case?  *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        *Richard Justin Rivera*
Printed Name of Plaintiff     RICHARD JUSTIN RIVERA
Prison Identification #       17-3233
Prison Address                4055 41st Ave.
                              Vero BEACH        FL        32960
                              ___City___      _State_    _Zip Code_

### B.   For Attorneys

Date of signing: _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                              ___City___      _State_    _Zip Code_
Telephone Number              _____
E-mail Address                _____

1. This is a civil rights action filed by the plaintiff, RICHARD JUSTIN RIVERA, a pre-trial detainee held at the Indian River County Jail, for damages respondeat superior under 42 U.S.C. 1983 alleging deprivation of adequate medical care, and negligent acts of Health Care Services. In violation of constitutional and statutory rights of the Due Process Clause of the Fourteenth Amendments and the Eighth Amendments of the United States Constitution.

2. This court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 28 U.S.C. 1331 and/or 42 U.S.C. 1331 (1) and 1343.

( PARTIES )

3. At all times during this complaint the plaintiff, RICHARD JUSTIN RIVERA, was incarcerated as a pre-trial detainee and has so been detained at Indian River County Jail for 58 months.

4. At all times during this complaint plaintiff, RICHARD JUSTIN RIVERA, was unable to physically or financially provide for his own medical care, and was only able to recieve medical diagnosis and treatment from defendants at Indian River County

5. PRIMARY CARE OF THE TREASURE COAST, Inc. and Indian River Memorial Hospital, Inc. D/B/A Cleveland Clinic Indian River Hospital, is a corporation... At all times relevant to this Action, pursuant to the "contractual agreement"... The corporations hereabove, is vicariously liable under the Respondeat Superior doctrine principal for the conduct of licensed practical nurses and medical doctors acts within the scope of employement. By failure to train or supervise employees to properly document sick-call request complaints for Medical Doctor to review before plaintiffs sick-call visit. The defendants acted with deliberate indifference to the rights of plaintiffs Fourteenth Amendment Due Process Clause. With failing to act on information indicating that unconstitutional acts of defendants custom, policy, and practice of denying non emergency medical-care to long term inmates that were being detained was occurring.

That failure to instruct or supervise employees medical protocol directly delayed medical treatment to plaintiff, and caused injury to progress causing emotional distress relative of the prolonged pain and discomfort.

6. Defendant ROSEMARY JONES-CHAMBLISS, was at all times relevant to this complaint the Nursing Supervisor with decision making authority over triage and treatment of inmate medical complaints at Indian River County Jail.

7. Defendant GARY R. SILVERMAN, at all times during this complaint was the physican responsible for the medical department at The Indian River County Jail.

8. Each of the defendants had acted under Color of STATE LAW at all times relevant to this complaint.

9. Each defendant is sued in her or his individual capacities.

( STATEMENT OF FACTS )

10. Around early October 2019, plaintiff, RICHARD JUSTIN RIVERA, sent to sick-call complaint of recurring abdominal pain.

11. In the sick-call request, plaintiff asked that he be taken off Zantac 150 that he was prescribed: double the recommended dose a day for over two and a half years (six months previous the widley publicized recall went out)

12. About a week to the day, medical staff stopped giving the plaintiff the Zantac 150 twice a day as requested. Shortly thereafter, plaintiff began to suffer from chronic diarreah.

Plaintiff made it aware to the medical staff and asked for Imodium AD. Abdominal pain continued for two months or so after cessation of Zantac.

13. Plaintiff, became concerned after two straight weeks because abdominal pain and diarreah did not stop. Plaintiff wrote to medical and advised that this prolonged diarreah has occured

and that this is a serious illness that needed to be addressed by a trained medical professional. In the request plaintiff, offered his opinion it had to be a stomach virus or after-affect symptoms of taking the Zantac 150.

14. Weeks elapsed with no-sick-call being scheduled for plaintiff, to be able to talk to a physican or a trained medical professional, or requested nurse and examined. The condition deteriorated to blood mixed in with the diarreah and stool.

Plaintiff, wrote medical and made them aware of the blood and mucus in his stools.

15. Defendant LPN ROSEMARY JONES-CHAMBLISS, was constitutionally deficient and in breach of her "service contract" or "agreement" when she didn't bring plaintiff, to medical for observations and to examine his stool. Which was a "pivotal requirement" to diagnosis of the hemorrhagic blood loss plaintiff was writing sick-call request complaints asking for treatment. Defendant's willful and wanton decision to not put plaintiff in medical for observation prolonged needed medical care causing emotional distress and the condition, to manifest.

( PLAINTIFF'S SERIOUS MEDICAL NEED )

16. Plaintiff RICHARD JUSTIN RIVERA'S, condition has been diagnosed as ulcerative procitis which is in a contained

controled spot as of July 12, 2021 and that is in the rectum. It is a condition that has resulted in the plaintiff sustaining in unnecessarily prolonged physical pain, discomfort, blood loss, and alteration of daily activities with the constant urges of having to defecate. When the condition has been diagnosed and treated with medication a whole diet change including a high fiber diet. The bleeding and mucus and urge to defecate could be regulated and tend to subside. It can have a reocurring flare up by improper diet. The specialist Dr. Alec Lui, a gastrointestinal physican, informed plaintiff that when untreated the illness can result to irritation and inflammation of a more wide spread area section of the bowels and or could have a blood vessel to burst in the bowels. If not treated the whole bowels could become inflammed and cause dramatic weight loss.

**Defendant ROSEMARY JONES-CHAMBLISS's  Deliberate Indifference**

17. Around January 2020, Plaintiff was called to medical for a sick-call appointment. In what the plaintiff saw as an effort to humilate, ridicule, and discourage plaintiff, from seeking potentialy costly diagnosis and treatment of plaintiffs serious medical need, then Nursing Supervisor ROSEMARY JONES-CHAMBLISS,

accused the plaintiff of homosexual behavior and advised him to cease this homosexual behavior, implying that such behavior was the cause of the condition. This is the only "treatment" the plaintiff was offered by the defendant that day.

18. The foregoing accusations were slanderous and without foundation then Nursing Supervisor ROSEMARY JONES-CHAMBLISS, chose to make said allegations and refused the opportunity to discuss any treatment or to physically examine the plaintiff.

19. Defendant ROSEMARY JONES-CHAMBLISS, operating on the hypothesis that plaintiffs medical issue was caused by the activity alleged in paragraph 17 impeded treatment for the actual condition later shown to be ulcerative procitis. Defendant acted from deliberate indifference in choosing her hypothesis and disregarding plaintiffs request for medical assistance. The blatant disregard and recklessness not to make medical notes, chart notes of plaintiffs sick-call request violated the "agreement" for defendant to provide. The adequate policies and procedures to ensure that periodic reassessments of the person are conducted based on changes in either the persons condition, diagnosis, or response to treatment. This failure to act permitted the disease to advance beyond the point it would have had defendant acted promptly in referring plaintiff to Dr. Gary R. Silverman. with proper detailed symptoms and complaints of plaintiffs medical conditions.

20. LPN ROSEMARY JONES-CHAMBLISS's, performance in having "Acknowledgment" of plaintiff's complaints of redress intentionally ignored his constitutional and statutory rights. Defendant acted with lack of training and in bad faith when she did not conduct a form of action to report the allegations to superior persons of plaintiff engaging in sexual activity pursuant to Fla. Stat. 951. 23 (10)(e)(f). With the Scope of Employement violated plaintiffs Fourteenth and Eighth Amendments of the United States Constitution pursuant with FLa. Stat. 951. 23 (4) 1. b. failing to promptly provide adequate medical attention, and the lack of which resulted in aggrevation of the injury.
(Defendant GARY R. SILVERMAN's Deliberate Indifference)

21. Weeks later with plaintiff enduring pain and discomfort no treatment had been given despite numerous follow-up request for treatment of the condition. Plaintiff finally secured an appointment with Jail doctor Dr. Gary R. Silverman.

22. Despite the lack of stool samples and diagnostic means, Dr. Gary R. Silverman, insisted on hypothesis that the condition was merely inflammed hemrrhoids. Defendant Gary R. Silverman, ignored Plaintiff's complaints and reports of bloody stools, bleeding and chronic diarreah with a mucus.

23. Defendant Dr. Gary R. Silverman, performed a digital examination of plaintiffs anus, and finding no inflammed hemorrhoids in or out, refused to escalate the treatment of the plaintiff's condition to a specialist.

24. In refusing to continue to diagnose plaintiffs serious medical condition or to refer plaintiffs condition to a specialist, defendant Dr. Gary R. Silverman, was deliberately indifferent to the plaintiffs serious medical needs.

25. Defendant Medical Doctor Gary R. Silverman, acting within the course and scope of employement informed plaintiff, that he would have to bear the cost of any outside specialty hospital treatment. Defendant's acknowledgement to know the prolonged severity of plaintiffs complaints acts with recklessness and in bad faith with the denial of necessary treatment for and by a specialist. Which further delayed medical care and treatment for plaintiffs serious medical need and prolonged pain and discomfort. Furthermore keeping plaintiff from participating in his daily activities (like outside recreation). That negligently violated a duty to the plaintiff, when he failed to follow polocies, or procedures to protect inmates and deprivation of medical care that defendant had a "Service contract" or "Agreement" obligation. And in violation of constitutional and statutory rights of the Due Process Clause of the Fourteenth Amendments and the

Eighth Amendments of the United States Constitution.

26. Subsequent to this discussion with Dr. Gary R. Silverman, plaintiff, successfully used the institutional grievance procedure to challenge this denial of care based on his inability to prepay cost. Having to do this caused at least a two month delay in treatment and hardship.

27. Defendants Rosemary Jones-Chombliss, and Dr. Gary R. Silverman, each violated the plaintiffs Fourteenth's Amendment right in denying and delaying medical care to the Plaintiff. Defendants acts or emissions resulted in actual physical injury to the plaintiff as well as violating his Eighth Amendment right to be free from there deliberate indifference to his serious medical need.

28. In approximately March 2020, plaintiff was finally transported to an outside specialist Dr. Alec Lui, a gastrointestinal physican. Plaintiff was prescribed : 4 tablets of medication, which defendants took upon themselves to reduce.

29. Plaintiff on 4-7-2021 informed medical that his frequent bowel incontinence (7-10 times a day) a bloody stools with mucus have started again, leaving plaintiff to believe that the medication has stopped working. Plaintiff requested an appointment with the specialist Dr. Alec Lui in response

plaintiff was informed that lab test were scheduled but that no treatment was warranted. Per Defendant Gary R. Silverman, in refusing to refer to specialist defendant was again deliberately indifferent to plaintiffs medical condition.

30. On both 4-16-2021 and 4-26-2021 plaintiff, informed medical in writing and specifically informed ROSEMARY JONES-CHAMBLISS, about the reoccurance of the symptoms of his condition because the enduring discomfort was so great that he could not wait until lab draw date 5-05-2021, was so far away given the circumstances.

31. When 5-05-2021 came around plaintiff, was called in the morning for labs. Right at that moment plaintiff, was seated on the commode defacating substantial blood. The lab appointment had to be asked to be rescheduled again.

32. A couple of weeks later plaintiff, provided the lab work, but medical did not provide any treatment as expected on 5-02-2021. Plaintiff filed a grievance complaining that only lab work and no treatment was offered plaintiff also complained about the delay of treatment. Dr. Gary R. Silverman, increased the level of plaintiffs medication but did not contact the specialist not even via phone, to consult of the reoccurance of plaintiff's ulcerative procitis flare up. To plaintiffs knowledge and belief.

33. On May 21, 2021 Medical informed the plaintiff that an appointment had been scheduled with the specialist

Dr. Alec Lui. This was after plaintiff, had filed a grievance and a medical request.

34. Went to outside specialist on June 6, 2021, Dr. Alec Lui, and he ordered plaintiff, to take 4 tablets of the already prescribed medication given back in 2020. Also doctor prescribed steroids too, given two tablets twice a day.

(Exhaustion of Administrative Remedies)

35. The Plaintiff, has exhausted his administrative remedies with respect to all claims and all defendant's.

(Relief Requested)

WHEREFORE, Plaintiff request that the court grant the following relief;

A. Award compensatory damages in the following amounts:

(1) $750,000 Jointly and Severally against PRIMARY CARE OF THE TREASURE COAST, Inc., for the physical and emotional injury resulting from their failure to provide adequate medical care and negligent acts of Health Care Services, to Plaintiff.

(2) $750,000 Jointly and Severally against Indian River Memorial Hospital, Inc. D/B/A Cleveland Clinic Indian River Hospital, for

to provide adequate medical care and negligent acts of Health Care Services, and failure to train and supervise employees to policy medical protocol.

(3) $200,000 Jointly and Severally against defendants ROSEMARY JONES-CHAMBLISS and GARY R. SILVERMAN, for the physical and emotional injury resulting from their failure to provide adequate medical care and negligent acts of Health Care Services, to plaintiff.

(4) $150,000 Jointly and severally against defendants ROSEMARY JONES-CHAMBLISS, and GARY R. SILVERMAN, for future medical treatment to treat injury from deliberate Indifference.

B. Award punitive damages in the following amounts:

(1) $100,000 each against defendant PRIMARY CARE OF THE TREASURE COAST, Inc.

(2) $100,000 each against defendant Indian River Memorial Hospital, Inc. D/B/A Cleveland Clinic Indian River Hospital.

(3) $50,000 each against defendant ROSEMARY JONES-CHAMBLISS

(4) $50,000 each against defendant GARY R. SILVERMAN, M.D.,

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed and dated on the 28th of March, 2022

Respectfully Submitted

4055 41st Ave.                   Richard Justin Rivera

Vero Beach, FL. 32960       RICHARD JUSTIN RIVERA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Richard Justin Rivera
_____
*Plaintiff(s)*

v.

Gary R. Silverman
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

4055  41st  Ave.
Vero  Beach,  FL 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Richard Justin Rivera

_____
*Plaintiff(s)*

v.

Indian River Memorial Hospital,
Inc.,
D/B/A Cleveland Clinic Indian
River Hospital
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1000   36th  St.
Vero Beach, FL. 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*


                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Richard Justin Rivera )
)
)
_____ )
*Plaintiff(s)* )
v. )          Civil Action No.
Rosemary Jones - Chambliss )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

4055  41st. Ave.
Vero Beach, FL 32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*


                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Richard Justin Rivera )
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
)
Primary Care of the )
Treasure Coast, INC. )
_____ )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1265  36th  St.
Vero Beach, FL  32960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                 *Server's signature*

                                                      _____
                                                                 *Printed name and title*


                                                      _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:



Richard Justin Rivera
1260 Packer Rd. SE
Palm Bay, FL
            32909

7017 1000 0001

USMS I
By

US Dis
400 N
8th
miam

